# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2431
_____

QUANTERIUS DENNIS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel —
Original Jurisdiction.


March 12, 2025


PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of appellate counsel. The Court warns Petitioner that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures under section 944.279, Florida Statutes.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

*__Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.__*

_____


Quanterius Dennis, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.